UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY M. AUGUSTA,

                Plaintiff,                ORDER
                                                        CV 07-361 (JG) (ARL)

   -against-

COMMUNITY DEVELOPMENT CORP., INC.,

                Defendant.
----------------------------------------------------------------X
LINDSAY, United States Magistrate Judge:

      Before the court is the defendant's letter, dated April 21, 2008, seeking to respond to a motion to compel interrogatories served by the *pro se* plaintiff on April 14, 2008. According to the defendant, the plaintiff has not attempted to resolve this discovery dispute in good faith prior to seeking judicial intervention, nor has he complied with the undersigned's pre-motion conference requirement. To date, the plaintiff has not filed the motion with the court.

      By order dated March 10, 2008, the plaintiff was advised that he is under an obligation to confer in good faith with the defendant in an effort to resolve a discovery dispute before raising it with the court and that future discovery applications will not be considered unless this step has been taken. Accordingly, to the extent that the plaintiff objects to the defendant's interrogatory responses, he is directed to meet and confer with defense counsel in an effort to resolve the issue. Plaintiff is reminded to consult the undersigned's individual practices and the local rules of this court regarding the procedure for raising a discovery dispute with the court. See Rule 2.A of the Individual Practices of the Hon. Arlene Lindsay; Local Civil Rule 37.3(c).

Dated: Central Islip, New York
       April 23, 2008                                **SO ORDERED:**

                                                           /s/
                                                _____
                                                ARLENE LINDSAY
                                                United States Magistrate Judge