UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTHONY M. AUGUSTA,

       Plaintiff,      ORDER
                 CV 07-361 (JG) (ARL)
 -against-

COMMUNITY DEVELOPMENT CORP., INC.,

       Defendant.
-----------------------------------------------------------------X
LINDSAY, United States Magistrate Judge:

 Before the court is the *pro se* plaintiff's motion to compel responsive answers to his interrogatories that were served on the defendant on January 14, 2008. According to the plaintiff, he has conferred with defense counsel in an effort to resolve this issue and defense counsel's position is that the responses are appropriate. Defendant has not responded to the motion.

 The plaintiff has not provided the court with a copy of the interrogatories or the responses, making it impossible to assess the sufficiency of defendant's response. Accordingly, the application is denied at this time.

Dated: Central Islip, New York
    June 13, 2008          **SO ORDERED:**

                     /s/
                    _____
                    ARLENE LINDSAY
                    United States Magistrate Judge