```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ANTHONY M. AUGUSTA,

                    Plaintiff,                    ORDER
                                                  CV 07-361 (JG) (ARL)
     -against-

COMMUNITY DEVELOPMENT CORP., INC.,

                    Defendant.
----------------------------------------------------------------X
```
LINDSAY, United States Magistrate Judge:

    Before the court is the plaintiff's motion to compel responsive answers to his interrogatories. According to the plaintiff, "the responses that were given did not match any of the questions posed." Defendant opposes the application by letter dated August 1, 2008.

    The court has reviewed the interrogatories and the defendant's response and finds that the responses correspond to and respond to the interrogatories. Accordingly, the application is denied.

Dated: Central Islip, New York
       August 4, 2008                  **SO ORDERED:**

                                                   /s/
                                       _____
                                       ARLENE LINDSAY
                                       United States Magistrate Judge